1913, before Notary Francisco de la Torre. Decided December 11, 1913. Approval of said bond denied for the reasons stated in the decision. The petitioner appeared *pro se.*

---

No. 645. THE PEOPLE, RESPONDENT, *v.* RODRÍGUEZ, APPELLANT.—Appeal from the District Court of San Juan, Section 2. Decided December 12, 1913. Judgment appealed from of May 21, 1913, affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

---

No. 1048. BLANCO ET AL., PLAINTIFFS AND APPELLANTS, *v.* HERNÁNDEZ ET AL., DEFENDANTS AND RESPONDENTS.—Appeal from the District Court of Mayagüez. Motion for the dismissal of the appeal because of appellants' failure to file a brief. Decided December 16, 1913. Motion overruled because the said brief was filed prior to service of motion. *Mr. José Benet* for the appellants. The petitioner filed a brief *pro se.*

---

No. 1049. BLANCO, PLAINTIFF AND APPELLANT, *v.* HERNÁNDEZ ET AL., DEFENDANTS AND RESPONDENTS.—Appeal from the District Court of Mayagüez. Motion of respondent, Agustín Hernández Mena, for the dismissal of the appeal because the appellant had not filed a brief. Decided December 16, 1913. Motion overruled on the grounds stated in the decision. *Mr. José Benet* for the appellant. The mover appeared by brief *pro se.*

---

No. 417. EX PARTE ANTONIO RODRÍGUEZ, PETITIONER.—Petition for the approval of notarial bond executed by the National Surety Company on December 16, 1913. Decided December 16, 1913. Bond approved. The petitioner appeared *pro se.*